SCWC-30205

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MARYANN ACKER, Petitioner/Defendant-Appellant,

and

WILLIAM GERALD ACKER, Respondent/Defendant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30205; CR. NO. 056042)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Nacino, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Maryann Acker's

application for writ of certiorari filed on January 7, 2013, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawai‘i, February 21, 2013.

Keith S. Shigetomi
for petitioner

Brandon H. Ito for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Edwin C. Nacino

